1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  Joanne Ramirez

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. 2:06-cr-0101-MCE
                                    )
12            Plaintiff,            ) STIPULATION AND ORDER (AS TO
                                    ) JOANNE RAMIREZ ONLY) CONTINUING
13       vs.                        ) STATUS CONFERENCE AND EXCLUDING
                                    ) TIME
14 JOANN RAMIREZ,                   )
                                    )
15            Defendant            ) Court: Morrison C. England, Jr.
   _____)

16

17      IT IS HEREBY STIPULATED AND AGREED by the parties through

18 their respective attorneys that the status conference currently

19 set for December 12, 2006, be continued to February 20, 2007,

20 and that time should be excluded from the calculation of time

21 under the Speedy Trial Act. The parties submit that the ends of

22 justice are served by the Court excluding such time, so that

23 counsel for defendant Ramirez may have reasonable time necessary

24 for effective preparation, taking into account the exercise of

25 due diligence. 18 U.S.C. §3161(h)(8)(B)(iv). In addition,

                              -1-

1  counsel for defendant Ramirez is presently in trial and is

2  unavailable to appear on December 12, 2006, but will be

3  available on February 20, 2007. According, time should be

4  excluded under Local Code, T-4. The parties stipulate anda gre

5  that the interests of justice served by granting this

6  continuance outweigh the best interest of the public and the

7  defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8      **IT IS SO STIPULATED**

9

10

11  Dated: December 11, 2006          /S/MICHAEL BECKWITH
                                      Michael Beckwith
12                                    Assistant United States
                                      Counsel for Plaintiff

13

14

15  Dated: December 11, 2006          /S/MICHAEL B. BIGELOW
                                      Michael B. Bigelow, Esq.,
16                                    Attorney for Joanne Ramirez

17

18

19

20

21

22

23

24

25

**ORDER**

IT IS ORDERED: that the status conference in case number Cr.S. 06-101 MCE, as to Joanne Ramirez only, shall be continued until February 20, 2007 at 8:30 AM and extending through February 6, 2007 time is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED

Dated: December 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-