```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 2:06-cr-0101-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| JOANN RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and her counsel, Michael Bigelow, that the status conference currently scheduled for February 20, 2007, be vacated and a new status conference be scheduled on March 6, 2007.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to March 6, 2007, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare.

```
Dated: February 16, 2007            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    U.S. Attorney

                                    /s/ Carolyn K. Delaney

                                    CAROLYN K. DELANEY
                                    Assistant U.S. Attorney


Dated: February 16, 2007            /s/ Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Joann Ramirez
```

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    ) CR No. 2:06-cr-0101-MCE
                                 )
10           Plaintiff,          )
                                 )
11       v.                      )
                                 ) ORDER
12                               )
    JOANN RAMIREZ,               )
13                               )
             Defendant.          )
14  _____)
15
```

16   **IT IS HEREBY ORDERED:**   That the status conference set for February 20, 2007 is VACATED, and a status conference date of March 6, 2007 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and March 6, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

 Dated:  February 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3