**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Joanne Ramirez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOANN RAMIREZ,<br><br>　　　　Defendant. | Case No. 2:06-cr-0101-MCE<br><br>STIPULATION AND ORDER (AS TO JOANNE RAMIREZ ONLY) CONTINUING STATUS CONFERENCE AND EXCLUDING TIM<br><br>Court: Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the status conference previously set for March 6, 2007, be continued to March 13, 2007, and that time should be excluded from the calculation of time under the Speedy Trial Act. It is anticipated that at that time Ms Ramirez will enter a plea of guilty.

　　　The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for defendant Ramirez may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

-1-

1  18 U.S.C. §3161(h)(8)(B)(iv); Local Code, T-4. The parties
2  stipulate and agree that the interests of justice served by
3  granting this continuance outweigh the best interest of the
4  public and the defendant in a speedy trial. 18 U.S.C. §
5  3161(h)(8)(A).

**IT IS SO STIPULATED**

Dated: March 6, 2006                /S/MICHAEL BECKWITH
                                    Michael Beckwith
                                    Assistant United States
                                    Counsel for Plaintiff


Dated: March 6, 2006                /S/MICHAEL B. BIGELOW
                                    Michael B. Bigelow, Esq.,
                                    Attorney for Joanne Ramirez

**ORDER**

IT IS ORDERED: that the status conference in case number Cr.S. 06-101 MCE, as to Joanne Ramirez only, shall be continued until March 13, 2007 at 8:30 AM and extending through March 13, 2007 time is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED

DATED: March 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE