McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Joann Ramirez et al.,<br><br>　　　　Defendants. | No. 2:06-cr-00101-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING<br><br><br>Hon. Morrison C. England, Jr. |

　　　The parties request that the sentencing hearing for Joann Ramirez, currently set for May 24, 2007, be continued for one week to May 31, 2007.  The defendant has no objection to this request.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

Dated:  May 14, 2007　　　　　　　By:/s/ Michael M. Beckwith
　　　　　　　　　　　　　　　　　　　 MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

Dated:  May 14, 2007　　　　　　　By:/s/ Michael B. Bigelow
　　　　　　　　　　　　　　　　　　　 MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　 Attorney for defendant

1

**<u>ORDER</u>**

The sentencing hearing for Joann Ramirez in case number 2:06-cr-0101-MCE, currently set for May 24, 2007, is continued to May 31, 2007

IT IS SO ORDERED.

Dated: May 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE